IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P., <br> JASON LEOPOLD, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, <br> U.S. DEPARTMENT OF THE ARMY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 24-cv-229 <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), no Defendant having filed an answer or motion for summary judgment, Plaintiffs hereby dismiss this suit without prejudice.

Dated: January 26, 2024

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorney for Plaintiffs
BLOOMBERG L.P.
JASON LEOPOLD

Matthew Topic, D.C. Bar No. IL 0037
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com